<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6507**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DOUG ANTHONY HICKS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-
96-102, CA-99-844-S)

———————

Submitted: October 21, 1999          Decided: October 27, 1999

———————

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Doug Anthony Hicks, Appellant Pro Se. Lynne Ann Battaglia, United
States Attorney, Katharine Jacobs Armentrout, Assistant United
States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Doug Anthony Hicks seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Hicks</u>, Nos. CR-96-102; CA-99-844-S (D. Md. Mar. 29, 1999). As for the issues Hicks asserts the district court failed to address, we have reviewed the claims and find them to be meritless. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2